E-FILED
Monday, 31 August, 2020 04:05:58 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-20021 |
| | ) | |
| IAN J. DUKES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 14, 2020, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 35). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1-5 of the Indictment is accepted, and Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for December 1, 2020, at 9:30 AM in Urbana before Judge Michael M. Mihm.

Entered this 31st day of August, 2020.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge